[Cite as *Thomas v. Tibbals*, 2012-Ohio-1904.]

IN THE COURT OF APPEALS FOR RICHLAND COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| GARY THOMAS | : | JUDGES: |
| | : | Hon. Patricia A. Delaney, P.J. |
| Petitioner | : | Hon. Sheila G. Farmer, J. |
| | : | Hon. John W. Wise, J. |
| -vs- | : | |
| | : | CASE NO. 11CA119 |
| TERRY TIBBALS, WARDEN | : | |
| | : | |
| | : | OPINION |
| Respondent | : | |

CHARACTER OF PROCEEDING:    Writ of Habeas Corpus

JUDGMENT:    Dismissed

DATE OF JUDGMENT ENTRY:    April 20, 2012

APPEARANCES:

For Petitioner:

Gary Thomas-A-601-988
Mansfield Correctional Camp
1150 N. Main Street
Mansfield, Ohio 44901

For Respondent:

No Appearance

Delaney, P.J.

{¶1}   Petitioner, Gary Thomas, has filed an "Original Action in Habeas Corpus" as well as a Motion for Default Judgment.  Petitioner alleges a writ of habeas corpus should be granted to release Petitioner from prison because Petitioner has not received proper jail time credit.

{¶2}   According to the petition, Petitioner was sentenced to a term of incarceration in Cuyahoga County Common Pleas Case Number CR 08-507478. The conviction in that case was overturned by the Eighth District Court of Appeals.  Petitioner was subsequently indicted in Cuyahoga County Common Pleas Case Number CR 10-545714.  It is Petitioner's position he should be released because he should have been given jail time credit in Case Number 10-545714 for the time served in Case Number 08-507478.

{¶3}   The Supreme Court has held habeas corpus does not lie to challenge jail time credit, "[Petitioner] had an adequate remedy by appeal to raise any error by the trial court in calculating his jail-time credit. *State ex rel. Rudolph v. Horton,* 119 Ohio St.3d 350, 2008-Ohio-4476, 894 N.E.2d 49, ¶ 3." *Hughley v. Saunders*, 123 Ohio St.3d 446, 2009-Ohio-5585, 917 N.E.2d 270, ¶ I.

{¶4}     Because habeas corpus does not lie to challenge the trial court's failure to grant jail time credit, the petition is dismissed for failure to state a claim upon which relief may be granted.

By:  Delaney, P.J.
     Farmer, J. and
     Wise, J. concur

_____
HON. PATRICIA A. DELANEY

_____
HON. SHEILA G. FARMER

_____
HON. JOHN W. WISE

IN THE COURT OF APPEALS FOR RICHLAND COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| GARY THOMAS | : | CASE NO. 11CA119 |
| | : | |
| Petitioner | : | |
| | : | |
| -vs- | : | <u>JUDGMENT ENTRY</u> |
| | : | |
| TERRY TIBBALS, WARDEN | : | |
| | : | |
| | : | |
| Respondent | : | |

For the reasons stated in our accompanying Memorandum-Opinion, this cause is dismissed.

Costs taxed to Petitioner.

_____
HON. PATRICIA A. DELANEY


_____
HON. SHEILA G. FARMER


_____
HON. JOHN W. WISE